expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.

970 A.2d 1041

IN THE MATTER OF JOEL S. ZIEGLER,
AN ATTORNEY AT LAW.

June 2, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–344, concluding that **JOEL S. ZIEGLER** of **MAPLEWOOD,** who was admitted to the bar of this State in 1966, should be reprimanded for violating *RPC* 3.2 (failure to treat with courtesy and consideration all persons involved in the legal process), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JOEL S. ZIEGLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.